UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
THE STATE OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL LEWIS WEIMER<br>    PLAINTIFF<br>    PROSE | ) <br> ) <br> ) <br> ) | Case No. 2-07-cv-671 |
| VS | ) <br> ) | |
| B. I. VANORSDALE, OFFICER<br>    AND<br>JOSEPH MANCHINI, GOVERNOR<br>BUILDING EAST<br>1900 KANAWHA<br>CHARLESTON, WV  25305<br>    DEFENDANTS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | COMPLAINT |

## COMPLAINT FIRST PART

NOW COMES, DANIEL LEWIS WEIMER, Pro Se, the Plaintiff and enters the following complaint:

1. On April 2, 2007 at 0830 hours, Officer C S Pauley pulled my truck off the higher to check the weight and other markings;

2. Officer C S Pauley failed to acknowledge the farm exemption number on the truck drivers side door;

3. From the State of Pennsylvania the number on the door was recognized by Officer Vanorsdale as being PA 03166 and truck VIN 1FUKAWYAZKA333991 exactly the same number on the tickets issued by Officer C S Pauley;

4. Officer C S Pauley failed to copy the farm exempt no PA 03166, therefore incorrectly recognizing my truck as a commercial vehicle; if the truck were commercial it would have to carry a lease which would have involved a third party;

5. The Case the Officer Vanorsdale pursued was found in my favor on September 12, 2006 and was based on the admission by Officer Vanorsdale that the truck I was driving was in use as an implement of husbandry;

6. Officer C S Pauley and Officer Vanorsdale stopped my truck and used the West Virginia Vehicle Code and neither Officer is a Trooper of the State of West Virignia State Police;

7. Officer C S Pauley placed Daniel Lewis, the PLAINTIFF under arrest, and took Weimer to a West Virginia Barracks so they both

could look at the West Virginia Vehicle Code which resulted in issuing Tickets 07M-0001583, 1584,1585, 1586, and 1587;

8. The actions of Officer C S Pauley and Officer Vanorsdale are nothing short harrassment against the PLAINTIFF; the above noted action took over three hours in the Martinsburg Barracks to take this action;

9. This above action is now a Federal question, being that Officer C S Pauley and Officer Vanorsdale are employed by the Federal Government through the State of West Virginia;

10. On May 15, 2007, Officer C S Pauley and Officer Vanorsdale again stopped my pickup truck and trailer hauling straw to a market in West Virginia and at this time had no probable cause for the stop, called the West Virginia State Trooper to the scene so that the Trooper could write the ticket in question.

NOW THEREFORE, this is quite clearly an admission that Officer C S Pauley and Officer Vanorsdale do not have the authority to stop a farm vehicle that is in the process of delivering a farm commodity such as hay and straw that has been produced by the PLAINTIFF Daniel L Weimer.

*[signature]*

DANIEL LEWIS WEIMER, Pro Se
235 Owl Hollow Road
Ligonier PA 15658
724-493-8655